ORIGINAL

FILED IN OPEN COURT
U.S.D.C. - Atlanta
NOV - 6 2019
By: JAMES N. HATTEN, Clerk
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*v.*<br><br>DANIEL STRICKLAND | Criminal Indictment<br><br>No. **4:19-CR-061** |

THE GRAND JURY CHARGES THAT:

### Count One

Between in or about June 2015 and July 2015, in the Northern District of Georgia, the defendant, DANIEL STRICKLAND, did knowingly employ, use, persuade, induce, entice, and coerce minor K.B. to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and the defendant knew and should have known that such visual depiction would be transported in interstate commerce, and such visual depiction having been produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and such visual depiction was transported in interstate commerce, in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

### Count Two

On or about February 13, 2019, in the Northern District of Georgia, the defendant, DANIEL STRICKLAND, did knowingly employ, use, persuade, induce, entice, and coerce minor H.P. to engage in sexually explicit conduct for

the purpose of producing a visual depiction of such conduct, such visual depiction having been produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## Forfeiture

Pursuant to Title 18, United States Code, Section 2253, upon conviction of any offense charged in this Indictment, the defendant, DANIEL STRICKLAND, shall forfeit to the United States of America:

1. Any visual depiction described in Title 18, United States Code, sections 2251, 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110; and

2. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offense. The property to be forfeited includes, but is not limited to, the following:

   a. Samsung Galaxy S9 cellular telephone, blue in color, model SM-G960U;

   b. Samsung tablet, white in color, model SM-T337A, SKU: SMT 337AZWA;

   c. Samsung tablet, black in color with a cracked screen, model SM-T217A, S/N RF2F80740MF; and

d. Alcatel Onetouch tablet, black in color, model 9007T, FCC ID: 2ACCJB010.

If any of the property described above, as a result of any act or omission of the defendant, DANIEL STRICKLAND:

a.  cannot be located upon the exercise of due diligence;

b.  has been transferred or sold to, or deposited with, a third party;

c.  has been placed beyond the jurisdiction of the court;

d.  has been substantially diminished in value; or

e.  has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b) and by Title 28, United States Code, Section 2461(c).

A _____ *TRUE* _____ BILL

*Letitia Benjamin*
FOREPERSON

BYUNG J. PAK
  *United States Attorney*

ALEX R. SISTLA
  *Assistant United States Attorney*
Georgia Bar No. 845602

NICHOLAS HARTIGAN
  *Assistant United States Attorney*
Georgia Bar No. 408147

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

4