U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Rome
(USAO: 2019R00454)

**FILED IN OPEN COURT**
U.S.D.C. - Atlanta
NOV - 6 2019
By: JAMES N. HATTEN, Clerk
Deputy Clerk

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

COUNTY NAME: Murray County

DISTRICT COURT NO. **4:19-CR-061**

MAGISTRATE CASE NO.

X Indictment          Information                Magistrate's Complaint
DATE: November 6, 2019   DATE:                    DATE:

UNITED STATES OF AMERICA
vs.
DANIEL STRICKLAND

INDICTMENT
Prior Case Number:
Date Filed:

GREATER OFFENSE CHARGED: X Felony   Misdemeanor

**Defendant Information:**

Is the defendant in custody?   X Yes   No
Is the defendant in custody on this charge or other conviction?   In custody for convictions on related state charges.
Is the defendant awaiting trial on other charges?   Yes   X No
   Other charges:
   Name of institution:

Will the defendant require an interpreter?   Yes   X No

District Judge:

Attorney: Alex R. Sistla, Nicholas Hartigan
Defense Attorney: Allison Dawson